IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–02116–WJM–KMT

AARON JOEL PULLER,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, and
DECETIVE PAUL C. BACA, in his individual and official capacities,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendant's "Unopposed Motion to Vacate November 21, 2011 Settlement Conference" (Doc. No. 29, filed Nov. 18, 2011) is GRANTED. Based on Defendant's representation that settlement negotiations would not be productive at this time, the Settlement Conference set for November 21, 2011 at 9:30 a.m. is VACATED.

Dated: November 21, 2011