**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 11-cv-02116-WJM-KMT

AARON JOEL PULLER,

    Plaintiff,
v.

THE CITY AND COUNTY OF DENVER, and
Detective PAUL C. BACA, in his individual and official capacities

    Defendant.-

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO DISMISS
THE CITY AND COUNTY OF DENVER**

---

This matter comes before the Court on Plaintiff's Unopposed Motion to Dismiss the City and County of Denver (ECF No. 62), filed October 9, 2012.  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Plaintiff's Motion is GRANTED.  The City and County of Denver is hereby DISMISSED WITH PREJUDICE.  The Clerk of the Court is DIRECTED to amend the caption of this case accordingly.  Each party shall pay his or its own attorney's fees and costs.

Dated this 11th day of October, 2012.

                                            BY THE COURT:

                                            William J. Martínez
                                            United States District Judge