**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 11-cv-02116-WJM-KMT

AARON JOEL PULLER,

     Plaintiff,

v.

Detective PAUL C. BACA, in his individual and official capacities

     Defendant.

---

**ORDER GRANTING PARTIES' STIPULATED MOTION TO AMEND THE FINAL PRETRIAL ORDER AND TO VACATE STATUS CONFERENCE**

---

This matter comes before the Court on the parties' Stipulated Motion (ECF No. 74) to Amend the Final Pretrial Order (ECF No. 69) and to Vacate the Status Conference, filed November 14, 2012.  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The parties' Stipulated Motion is GRANTED.  The Final Pretrial Order shall be amended to reflect a five day jury trial.  In addition, the November 20, 2012 Status Conference is VACATED.  The Court will set the dates and times for the Final Trial Preparation Conference and Jury Trial by separate Order.

Dated this 15th day of November, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge