**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  11-cv-02116-WJM-KMT

AARON JOEL PULLER,

    Plaintiff,

v.

PAUL C. BACA, in his individual capacity, and in his official capacity as Detective,

    Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a); all previous Orders entered in this case; and the Order Granting Defendant's Motion for Summary Judgment, entered by the Honorable William J. Martínez, United States District Judge, on March 20, 2013,

IT IS ORDERED that Defendant's Motion for Summary Judgment (ECF No. 47) is GRANTED.

IT IS FURTHER ORDERED that judgment is entered for Defendant and against Plaintiff and the action and complaint are dismissed.  Each party shall bear their own attorney's fees and costs.

DATED at Denver, Colorado, this 22nd day of March, 2013.

                                          FOR THE COURT:
                                          JEFFREY P. COLWELL, CLERK

                                          By: s/Edward P. Butler
                                                Edward P. Butler, Deputy Clerk